| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Pierce Bainbridge Beck Price & Hecht LLP <br> Carolynn Beck (SBN 264703) <br> cbeck@piercebainbridge.com <br> 600 Wilshire Boulevard, Suite 500 <br> Los Angeles, CA 90017 <br> (213) 262-9333 | |
| ATTORNEY(S) FOR: James Baker and Bloc Nation, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| James Baker, an individual, aka Blocboy JB; and Bloc Nation, LLC, a Tennessee limited liability co. <br><br> Plaintiff(s), <br><br> v. <br><br> Epic Games, Inc., a North Carolina corporation; and Does 1 through 50, inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs James Baker, aka Blocboy JB; and Bloc Nation, LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| James Baker, an individual, aka Blocboy JB | Plaintiff |
| Bloc Nation, LLC | Plaintiff |

January 23, 2019                    /s/ Carolynn K. Beck
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs James Baker, aka Blocboy JB; and Bloc Nation, LLC